710 A.2d 606

**Marshall R. BARBOUR, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.**

Supreme Court of Pennsylvania.

May 13, 1998.

## ORDER

PER CURIAM:

AND NOW, this 13th day of May, 1998, the Petition for Allowance of Appeal is hereby GRANTED. The parties are directed to address the following issue:

Whether the Commonwealth Court erred when it determined that Petitioner had failed to sustain his burden of proving that he was unable to give a conscious and knowing refusal of chemical testing.